FILED

SEP 22 2020

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LOPEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC.; BARD PERIPHERAL VASCULAR, INC.,<br><br>Defendants. | Case No.: 3:20-cv-0598-BEN-WVG<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL [Doc. 21]** |

The Court has reviewed Plaintiff's motion to allow one of her counsel, Rhett A. McSweeney, to withdraw. ECF No. 21. Plaintiff is currently represented by David M. Langevin, another lead attorney of record from the same law firm, McSweeney Langevin. Mr. Langevin will continue representing Plaintiff. Good cause appearing, Plaintiff's motion is **GRANTED**. The Clerk of Court shall remove Mr. McSweeney as counsel of record and terminate his receipt of e-Filings.

**IT IS SO ORDERED.**

Date: September 21, 2020

HON. ROGER T. BENITEZ
United States District Judge

1