UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LOPEZ et al.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>C R BARD INCORPORATED *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No.:  20-CV-598-BEN(WVG)<br><br>**ORDER GRANTING JOINT MOTION TO STAY DISCOVERY, DATES, AND DEADLINES**<br><br>[Doc. No. 28.] |

　　　For good cause shown, all discovery, dates, and deadlines in the above-captioned case are hereby STAYED until **February 25, 2021**. The parties are directed to finalize the settlement and file a joint motion to dismiss as soon as possible. The parties shall file a joint status report on **February 26, 2021** if a joint motion to dismiss has not been filed by that date.

　　　**IT IS SO ORDERED.**

DATED:  October 30, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. William V. Gallo
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge