UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LOPEZ et al.,<br><br>                              Plaintiff,<br><br>v.<br><br>C R BARD INCORPORATED *et al.*,<br><br>                              Defendants. | Case No.:  20-CV-598-BEN(WVG)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE STAY OF DISCOVERY, DATES, AND DEADLINES**<br><br>**[Doc. No. 30.]** |

For good cause shown, the stay of all discovery, dates, and deadlines in the above-captioned case is hereby CONTINUED until **June 3, 2021**. The parties are directed to finalize the settlement and file a joint motion to dismiss as soon as possible. The parties shall file a joint status report on **June 4, 2021** if a joint motion to dismiss has not been filed by that date.

**IT IS SO ORDERED.**

DATED:  March 3, 2021

_____
Hon. William V. Gallo
United States Magistrate Judge

1

20-CV-598-BEN(WVG)